IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Rev. Franklin C. Reaves, Ph.D., *et al.*, ) | | C.A. No. 4:07-3559-TLW-TER |
| ) | | |
| Plaintiffs, ) | | |
| ) | | |
| vs. ) | | ORDER |
| ) | | |
| City of Mullins, *et al.*, ) | | |
| ) | | |
| Defendants. ) | | |
| _____) | | |

The Plaintiffs brought this *pro se* action against the Defendants, alleging various civil rights violations. On February 2, 2009, United States Magistrate Judge Thomas Rogers, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.), filed a Report and Recommendation ("the Report"). In his Report, Magistrate Judge Rogers recommends that the plaintiffs' Motion for Preliminary Injunction and Motion for Judgment as a Matter of Law be denied.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

In light of this standard, the Court has carefully reviewed the Magistrate's Report and the record in this case. This Court concludes that the Report accurately summarizes this case and the

1

2

applicable law. Therefore, it is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 117), and that the plaintiffs' Motion for Preliminary Injunction (Doc. # 46) and Motion for Judgment as a Matter of Law (Doc. # 48) are denied.

    **IT IS SO ORDERED.**

                                      S/ Terry L. Wooten
                                  **TERRY L. WOOTEN**
                           **UNITED STATES DISTRICT JUDGE**

March 9, 2009
Florence, South Carolina